12

11 A.3d 371

STEVEN J. WINTERS, PLAINTIFF–RESPONDENT, v. NORTH HUDSON REGIONAL FIRE AND RESCUE, JEFFREY C. WELZ, MICHAEL J. DEORIO, AND BRION MCELDOWNEY, DEFENDANTS–MOVANTS.

December 10, 2010.

ORDERED that the motion for leave to appeal is granted.

11 A.3d 371

STEVEN J. WINTERS, PLAINTIFF–RESPONDENT, v. NORTH HUDSON REGIONAL FIRE AND RESCUE, JEFFREY C. WELZ, MICHAEL J. DEORIO, AND BRION MCELDOWNEY, DEFENDANTS–MOVANTS.

December 10, 2010.

ORDERED that the motion for leave to appeal is granted.

11 A.3d 372

STEVEN J. WINTERS, PLAINTIFF–RESPONDENT, v. NORTH HUDSON REGIONAL FIRE AND RESCUE, JEFFREY C. WELZ, MICHAEL J. DEORIO, AND BRION MCELDOWNEY,

December 10, 2010.

ORDERED that the motion for leave to appeal is granted.